IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

ADAM HECHT, on behalf of : 
himself and others similarly :
situated, :
 :
     Plaintiff, :   CIVIL ACTION NO.
 :   1:16-CV-4787-RWS
v. :
 :
OFFICE DEPOT, INC., :
 :
     Defendant. :

## ORDER

Defendant has submitted an issue to the Court pursuant to the Standing Order Regarding Civil Litigation [Doc. 4]. Defendant has noticed the depositions of Plaintiff and three opt-ins. Plaintiff has declined to make the witnesses available when requested by Defendant. Defendant seeks the depositions to obtain evidence for use in response to Plaintiff's Motion for Conditional Certification ("Certification Motion"). Plaintiff objects to Defendant taking the depositions before responding to the Certification Motion. Plaintiff asserts that, based on the two-step certification process established for collective actions by the Eleventh Circuit, Hipp v. Liberty Nat'l

Life Ins. Co., 252 F.3d 1208, 1218 (11th Cir. 2001), discovery should not proceed before the Court rules on the Certification Motion.  While Defendant suggests that it merely wishes to take the depositions and then move on to the briefing on the Certification Motion, Plaintiff points out that if Defendant takes the proposed depositions, Plaintiff would then have to engage in discovery in order to respond to Defendant's evidence.  Thus, the process contemplated by Hipp would be thwarted and full-scale discovery would likely have to occur before the Court could resolve the certification issue.

The Court agrees that Plaintiff should not be required to submit to deposition before Defendant responds to the Certification Motion.  Therefore, the Court denies Defendant's request that the requested depositions take place before Defendant is required to respond to the Certification Motion.  The Court will favorably consider an extension of discovery if requested by the parties.

**SO ORDERED**, this 18th day of August, 2017.

_____
RICHARD W. STORY
UNITED STATES DISTRICT JUDGE

AO 72A
(Rev.8/82)