IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ADAM HECHT, on behalf of himself and others similarly situated, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>OFFICE DEPOT, INC., )<br>)<br>Defendant. ) | CIVIL ACTION NO.<br>1:16-CV-4787-RWS |

## ORDER

This matter is before the Court on the parties' Joint Motion for Approval of FLSA Settlement [Doc. 60]. Having reviewed the parties' joint submission and supporting materials, the Court finds that the settlement is a fair and reasonable resolution of a bona fide dispute arising under the Fair Labor Standards Act, as required by *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350 (11th Cir. 1982).

The parties' Joint Motion is therefore **GRANTED** and the parties' settlement agreements [Docs. 60-1 - 60-4] are **APPROVED**. It is therefore

**ORDERED** that this action is **DISMISSED WITH PREJUDICE**, except for the claims of opt-in Michael Brown which are **DISMISSED WITHOUT PREJUDICE**, with each party to bear their own attorney's fees and costs except as otherwise agreed in writing. It is hereby further

- 1 -

**ORDERED** that all payments required by the parties' settlement agreements shall be made as directed in those agreements. It is hereby further

**ORDERED** that the Court shall retain jurisdiction over the parties' settlement agreements, their compliance with the settlement agreements' terms, and their compliance with this Order.

The Clerk is hereby **DIRECTED** to close this case.

**SO ORDERED** this 7th day of Dec., 2017.

RICHARD W. STORY
United States District Judge